
FILED

SEP 16 2013

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| TWAIN NEWMAN AYERS, | |
| Petitioner, | CV 13-103-BLG-SEH |
| vs. | ORDER |
| MARTIN FRINK, Warden; ATTORNEY GENERAL OF THE STATE OF MONTANA, | |
| Respondents. | |

United States Magistrate Judge Carolyn Ostby entered her Findings and Recommendation[1] on August 7, 2013. Petitioner filed objections on August 28, 2013.[2] The Court reviews *de novo* findings and recommendations to which objection is made. 28 U.S.C. § 636(b)(1).

---

[1] Document No. 3.

[2] Document No. 4.

Upon *de novo* review of the record, I find no error in Magistrate Judge Ostby's Findings and Recommendation and adopt it in full.

ORDERED:

1. The Petition is DENIED for lack of merit.

2. A certificate of appealability is DENIED.

3. The Clerk of Court is directed to enter, by separate document, a judgment in favor of Respondents and against Petitioner.

DATED this 16th day of September, 2013.

SAM E. HADDON
United States District Judge